UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA RADEVSKA, an individual, ALI ROCK, an individual, on behalf on themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>NOBLE AMERICAS ENERGY SOLUTIONS, LLC, a California limited liability company; NOBLE AMERICAS CORP., a Delaware corporation, NOBLE AMERICAS' CIGNA HEALTH CARE OPEN ACCESS PLUS PLAN, an ERISA medical benefits plan; CIGNA CORPORATION, a Connecticut corporation, and CIGNA HEALTHCARE OF CALIFORNIA, Inc., a California Corporation,<br><br>         Defendants. | Case No.: 15-cv-0271-GPC-RBB<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING PROPOSED AMENDED PLEADINGS**<br><br>[ECF No. 54] |

1

WHEREAS, Plaintiff Tamara Radevska has filed a Motion to Amend her Complaint pursuant to Fed. R. Civ. P. 15(a), and this Court has ordered (Dkt. 51) that such motion shall be heard on April 1, 2016; (the "Order") and

WHEREAS, the Noble defendants have filed a Motion to Amend their Answer pursuant to Fed. R. Civ. P. 15(a), and pursuant to the Order, such motion shall also be heard on April 1, 2016;

WHEREAS, after a meet and confer, Plaintiff and the Noble defendants have agreed that, for purposes of judicial economy, Plaintiff's proposed Amended Complaint shall be deemed to be interposed, and the Noble defendant's proposed Amended Answer and Counterclaim shall be deemed to be interposed in response, as of the date this Court approves this stipulation; and

WHEREAS, the Noble Defendants, as the filing party for this Joint Motion and Stipulation, certify the content of this document is acceptable to all parties signed below, and that they have obtained authorization to include all parties' electronic signatures hereon.

NOW, THEREFORE, all parties, by and through their counsel of record, stipulate and agree as follows:

1. The caption for this matter shall be revised as follows:
   a. Ali Rock shall be removed as a plaintiff;
   b. Cigna Corporation shall be removed as a defendant;
   c. Cigna Healthcare of California shall be removed as a defendant;
   d. Connecticut General Life Insurance Company shall be added as a defendant; and
   e. Cigna Health and Life Insurance Company shall be added as a defendant.
2. Plaintiff Radevska's proposed Amended Complaint, annexed as Exhibit A to Plaintiff's Motion to Amend, dated January 25, 2016, is deemed interposed as of the date this Court enters this Stipulation;

3. The proposed Answer and Counterclaim of the Noble defendants, annexed as Exhibit C to the Declaration of Jennifer B. Rubin in support of the Noble defendants' Motion to Amend, dated February 1, 2016, is deemed interposed in response to the Amended Complaint as of the date this Court enters this Stipulation;

4. Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company shall have 14 days after this Court enters this Stipulation to respond to the Amended Complaint;

5. Plaintiff Radevska shall have 14 days from the date the Court enters this Stipulation to respond to the Noble defendants' counterclaim;

6. Plaintiff Radevska shall have 14 days from the date the Court enters this Stipulation to file dismissals without prejudice for Cigna Corporation and Cigna Healthcare of California;

7. Plaintiff Ali Rock's settlement disposition conference is scheduled for March 4, 2016.  Mr. Rock shall not be dismissed as a Plaintiff in this matter until a Request for Dismissal is filed and his status will be addressed at the settlement disposition conference; and

8. Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, all parties shall have one business day to file an objection to this Joint Motion and Stipulation if they so desire.

The hearing scheduled for **April 1, 2016** is hereby **VACATED**.

**IT IS SO ORDERED**.

Dated:  February 17, 2016

_____

Hon. Gonzalo P. Curiel
United States District Judge